UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ROMAN BADOV**,

    Plaintiff,

**v.**                                                                                        **No. 4:25-cv-01131-P**

**AMERIFLIGHT, LLC**,

    Defendants.

## ORDER

Before the Court is Defendant Ameriflight LLC's Motion for Summary Judgment. ECF No. 32. The Court hereby **ORDERS** that the Motion is **DENIED**.

**SO ORDERED** on this **10th day of March 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE